JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ROCCA, | Case No. 2:17-CV-00622 ODW (SKx) |
| Plaintiff, | [Honorable Otis D. Wright II] |
| vs. | **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| PETSMART, INC. dba PETSMART #0110; COTE D'AZUR, LLC, | |
| Defendant. | |

The Court has reviewed the Joint Stipulation for Dismissal of Entire Action with Prejudice filed by Plaintiff MICHAEL ROCCA and Defendant PETSMART, INC. (the "Joint Stipulation"). Pursuant to the Joint Stipulation, the Court orders that the above entitled action be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

August 4, 2017

*[signature]*

**Honorable Otis D. Wright II**
**United States District Judge**

– 1 –
[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE